# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CANDACE OWENS, in her individual capacity, and CANDACE OWENS, LLC, a Delaware limited liability company, | § § § § § | No. 253, 2021 |
| Plaintiffs Below, Appellants, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. S20C-10-016 |
| LEAD STORIES, LLC, a Colorado limited liability company, and GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a/ USA TODAY, a Delaware limited liability company, | § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: February 9, 2022
Decided: February 22, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

This 22nd day of February 2022, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion and Order dated July 20, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice